CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 2 5 2010

JOHN F. CORCORAN, CLERK
BY:
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 4:03cr70134-4 |
| | ) | |
| v. | ) | **2255 FINAL ORDER** |
| | ) | |
| JOHNNY OTIS DILLARD | ) | By: Norman K. Moon |
| | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that the government's motion to dismiss is **GRANTED**, the above referenced 28 U.S.C. § 2255 motion is **DISMISSED**, and this action is **STRICKEN** from the active docket of the court.

Further, finding that Dillard has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to the petitioner.

ENTER: This 25 day of January, 2010.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE